## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL, individually and on behalf of all others similarly situated, | Case No. 2:14-cv-001316-RCM |
| Plaintiff, | |
| v. | Filed Electronically |
| STARBUCKS CORPORATION, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Plaintiff, Sarah Heinzl, and Defendant, Starbucks Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.      This action shall be DISMISSED, with prejudice;

2.      No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 2, 2015



Respectfully submitted,

CIPRIANI & WERNER, P.C.                    CARLSON LYNCH SWEET & KILPELA LLP

BY:  */s/ Anthony W. Hinkle*               BY:  */s/ Benjamin J. Sweet____*
Anthony W. Hinkle, Esquire                 R. Bruce Carlson
Cipriani & Werner, P.C.                    bcarlson@carlsonlynch.com
450 Sentry Parkway, Suite 200              Benjamin J. Sweet
Blue Bell, PA 19422                        bsweet@carlsonlynch.com
ahinkle@c-wlaw.com                         1133 Penn Avenue, 5th Floor
Tel: (610) 567-0700                        Pittsburgh, PA 15222
Fax: (610) 567-0712                        Tel: (412) 322-9243
                                           Fax: (412) 231-0246

Attorneys for Defendant,
Starbucks Corporation                      Attorneys for Plaintiff,
                                           Sarah Heinzl